

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1631-09

**WILLIAM MARK GIBSON Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIRST COURT OF APPEALS
### McLENNAN COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of capital murder and punishment was assessed at confinement for life. The Court of Appeals affirmed the conviction. *Gibson v. State*, No. 01-08-00275-CR (Tex. App. — Houston [1st], delivered July 30, 2009). Appellant's petition for discretionary review was dismissed as untimely filed on May 26, 2010. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that

it will be considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed on March 17, 2010, is reinstated as of June 30,  2010, and will be considered in accord with Tex.R.App.P. 68.  The copies must be filed in **THIS** Court by July 7, 2010.

Delivered June 30, 2010
Do not publish